No. 93–5152.  SEBASTIAN v. UNITED STATES; and
No. 93–5712.  FLYNN v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 93–5153.  VAN DER JAGT v. BROWN ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 93–5154.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–5155.  SANCHEZ v. LOVELACE.  C. A. 5th Cir.  Certiorari denied.

No. 93–5156.  BEAVER v. THOMPSON, WARDEN.  Sup. Ct. Va.
Certiorari denied.

No. 93–5157.  RUIZ-AVILA v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 93–5159.  PEREZ v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–5162.  PATTERSON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 93–5164.  TYLER v. MOORE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–5165.  FLETCHER v. MACDONALD, WARDEN.  C. A. 6th
Cir.  Certiorari denied.

No. 93–5166.  THOMAS v. JOHNSON CONTROLS, INC.  C. A. 5th
Cir.  Certiorari denied.

No. 93–5167.  GALATOLO v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–5168.  HANSON v. KELLY TEMPORARY SERVICES ET AL.
C. A. 8th Cir.  Certiorari denied.

No. 93–5169.  ERVIN v. BUSBY, SHERIFF, CRITTENDEN
COUNTY, ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 93–5170.  FERNANDEZ v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.